# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUWAINE REESE,<br><br>  Plaintiff,<br><br>  v.<br><br>K. ROBINSON, et al.,<br><br>  Defendants. | Case No. CV 15-05939 DMG (AFM)<br><br>**ORDER TO SHOW CAUSE** |

On March 9, 2017, defendants filed a Motion for Summary Judgment Based on Plaintiff's Failure to Exhaust Administrative Remedies and Notice to *Pro* Se Plaintiff Regarding Requirements for Opposing a Motion for Summary Judgment. On March 10, 2017, the Court ordered plaintiff to serve and file his opposition to the Motion for Summary Judgment no later than April 8, 2017. Additionally, plaintiff was advised that failure to oppose a motion may be construed as consent to the granting of the motion, and may result in dismissal of the action. Local Rule 7-12. The Court also directed plaintiff to review and follow the procedures in defendant's Notice regarding requirements for opposing a motion for summary judgment.

On April 14, 2017, the Court received several mail parcels addressed to plaintiff at his address of record and returned as undeliverable with the notation "Return to Sender Inmate Paroled." Previously, on April 28, 2016, plaintiff was advised that the Court must immediately be notified of any address changes and must provide the Court with the new address and its effective date. Plaintiff's failure to comply with a court order where plaintiff did not receive the order due to failure to inform the court of plaintiff's current address may result in the action being dismissed for failure to prosecute. *See Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988); Local Civil Rule 41-6. (*See* Order re Civil Rights Case, ECF No. 12.)

The docket shows that, as late as the date of this Order, plaintiff has not filed his opposition to the Motion for Summary Judgment or filed a notice of change of address.

Accordingly, IT IS ORDERED that within 20 days from the filing date of this Order, plaintiff shall show cause in writing why this action should not be dismissed without prejudice for failure to prosecute. Further, plaintiff is admonished that if he fails to timely file a response, the Court will recommend that this action be dismissed.

DATED: April 28, 2017

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE