# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUWAINE REESE,<br><br>        Plaintiff,<br><br>  v.<br><br>K. ROBINSON, et al.,<br><br>        Defendants. | Case No. CV 15-5939 DMG (AFM)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice for failure to prosecute.

DATED: June 30, 2017

                                                DOLLY M. GEE<br>
                                    UNITED STATES DISTRICT JUDGE